UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
)
Plaintiff, ) Case No. MJ08-368
)
v. )
) DETENTION ORDER
GREGORY MICHAEL FARHAT, )
)
Defendant. )
)

Offenses charged:

Possession of a Machine Gun; Possession of Unregistered Firearms; Obliteration of Serial Number and Other Identification From Firearm; Mail Fraud.

Date of Detention Hearing: August 18, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been charged by indictment in the District of Idaho with Possession of a Machine Gun; Possession of Unregistered Firearms; Obliteration of Serial Number and Other Identification From Firearm; Mail Fraud.

DETENTION ORDER -1

(2) The indictment charges offenses occurring in 2002. The government proffered that upon learning that he was being investigated, defendant fled from Idaho to Canada. After the indictment was handed down, defendant had contact with U.S. law enforcement. Rather than making arrangements to present himself to the Court, defendant broke off contact. While defendant was in Canada, he was arrested and detained by immigration authorities. He bonded out in 2006, was rearrested by Canadian authorities on August 8, 2008 and ordered deported.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of August, 2008.

                                          s/BRIAN A. TSUCHIDA
                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge